# Exhibit 2

Separately Provided to Court and Parties
Requested To Be Filed Under Seal